United States District Court
Southern District of Texas
**ENTERED**
July 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRED A. FULLER, | § | |
|    Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-13-109 |
| | § | |
| BROWNSVILLE INDEPENDENT SCHOOL | § | |
| DISTRICT, ET AL., | § | |
|    Defendants. | § | |

## FINAL JUDGMENT

This Court in a prior order (Doc. No. 102) adopted the United States Magistrate Judge's Report and Recommendation and granted Defendants' Motions for Summary Judgment (Doc. No. 68 and 70). Therefore, the Court hereby orders that Plaintiff Fred A. Fuller hereby takes nothing in this case.

Each party shall pay their own costs and fees.

Signed this 22nd day of July, 2016.

 

Andrew S. Hanen
United States District Judge